# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00065-CV

**Betty Scott, Appellant**

**v.**

**Sakeenah Shabazz, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 91052, THE HONORABLE JEANNE PARKER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On the Court's own motion, we withdraw the opinion and judgment dated September 24, 2021, and reinstate this appeal.

It is ordered on November 12, 2021.

Before Justices Goodwin, Baker, and Smith